UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | | |
|---|---|---|
| In the matter of: | ) | |
| | ) | |
| The United States of America | ) | 5:98cr282-8 |
| | ) | |
| PETER BRIAN MILLER | ) | |
| | ) | |
| | ) | |

### ORDER

Unclaimed money in the case cited above has remained on deposit in the Registry of the Court for five years or longer or the Clerk has exhausted all efforts to locate the proper owner. It is ordered that the Clerk of Court transfer these funds in the amount of $100.00 from the Registry to the Treasury as unclaimed funds. This transfer does not affect a claimant's entitlement to the funds nor the Court's jurisdiction over them.

Dated this 20th day of May, 2005.

UNITED STATES DISTRICT JUDGE